# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2929 Disciplinary Docket No. 3 |
| | : | |
| JIN-HO CYNN | : | No. 157 DB 2022 |
| | : | |
| | : | (Virginia State Bar Disciplinary Board, |
| | : | Docket No. 19-053-115676) |
| | : | |
| | : | Attorney Registration No. 41534 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

   **AND NOW**, this 26th day of January, 2023, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Jin-Ho Cynn is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of 90 days. He shall comply with all the provisions of Pa.R.D.E. 217.